**In the Matter of Aaron SAPIRO, Appellant.**

**No. 179.**

Circuit Court of Appeals, Second Circuit.

Jan. 23, 1939.

Harold Stern, of New York City (Louis S. Posner and Harold Stern, both of

New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (Richard Delafield, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.